BENTON, J.,
concurring in judgment.
I concur in reversing the grant of appel-lee’s motion to dismiss pursuant to Florida Rule of Criminal Procedure 3.190(c)(4), insofar as the order granting motion to dismiss dismissed the charge under chapter 800.04 (“Lewd or lascivious offenses committed upon or in the presence of persons less than 16 years of age”), Florida Statutes (2007), because the motion did not allege that the age of the investigator who was posing as a 13-year-old girl was 16 or greater.
I concur in reversing the grant of appel-lee’s motion to dismiss pursuant to Florida Rule of Criminal Procedure 3.190(c)(4), insofar as the order granting motion to dismiss dismissed the charge under section 847.0138, Florida Statutes (2007), because, *1165 as both parties now agree, the double jeopardy claim was premature.